No. 99–6948. BATTLE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–6949. ANDERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6951. ROBBIO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–6952. SHORES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6956. MEACHUM v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–6975. HONKEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–6978. MITCHELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6984. BURKE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–678. CRANDALL v. WAGNER. Ct. App. Cal., 1st App. Dist. Motion of Legal Advocates for Children and Youth et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–5560. KLAT v. UNITED STATES. C. A. 5th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 98–8579. XIN HANG CHEN v. RAZ ET AL., 526 U. S. 1134;
No. 98–9465. RAPHAEL v. TEXAS, *ante*, p. 836;
No. 98–9645. CARTHANE v. FLORIDA, *ante*, p. 844;
No. 98–9883. CASIMIER v. UNITED STATES POSTAL SERVICE, *ante*, p. 858;
No. 98–9891. LLOYD v. UNITED STATES, *ante*, p. 858;
No. 99–217. HOFFMANN v. TWAMLEY ET AL., *ante*, p. 929;
No. 99–288. CARTER, PERSONAL REPRESENTATIVE OF THE ESTATE OF CARTER, DECEASED, AND AS NEXT FRIEND AND NATURAL AND LEGAL GUARDIAN OF CARTER ET AL. v. UNITED STATES, *ante*, p. 931;

No. 99–5045. TUCKER v. CAIN, WARDEN, *ante*, p. 882;

No. 99–5096. GREEN ET AL. v. CARVER STATE BANK ET AL., *ante*, p. 885;

No. 99–5097. GREEN ET AL. v. CARVER STATE BANK ET AL., *ante*, p. 885;

No. 99–5239. KOENIG v. HAGY ET AL., *ante*, p. 893;

No. 99–5259. IN RE COTNER, *ante*, p. 807;

No. 99–5394. ROBLYER v. PENNSYLVANIA DEPARTMENT OF CORRECTIONS ET AL., *ante*, p. 902;

No. 99–5410. IN RE MAXWELL, *ante*, p. 808;

No. 99–5514. COOPER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 908;

No. 99–5688. GRIGGER v. NEW YORK, *ante*, p. 914;

No. 99–5710. SAVIOR v. VENTURA, GOVERNOR OF MINNESOTA, ET AL., *ante*, p. 938;

No. 99–5765. MARION v. FORD MOTOR CREDIT, *ante*, p. 953;

No. 99–5777. BRENTWOOD v. BOEING CO., *ante*, p. 917;

No. 99–5849. WILLIAMS v. COMMUNITY BANK/NATIONSBANK, *ante*, p. 955;

No. 99–5850. CLARK v. NASSAU COUNTY, NEW YORK, *ante*, p. 940;

No. 99–5907. WALKER v. BONNET, LM, ET AL., *ante*, p. 971;

No. 99–5995. YURTIS v. PHIPPS, *ante*, p. 942;

No. 99–5998. COLYAR v. GILMAN, CONGRESSMAN, *ante*, p. 942; and

No. 99–6032. MARCELLO v. TOWN OF STETSON, MAINE, *ante*, p. 943. Petitions for rehearing denied.

No. 98–9496. CHAMBERS v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 527 U. S. 1029 and 1059. Motion of petitioner for leave to file second petition for rehearing denied.

DECEMBER 8, 1999

No. 99–7269 (99A475). IN RE ROSS. Application for stay of execution of sentence of death, presented to JUSTICE BREYER,